Decided 28 February, 1898.

## LANG *v.* DAY.

From Multnomah : HENRY E. McGINN, Judge.

Action by Lang & Co., against J. G. & I. N. Day to recover the price of certain goods. Judgment for plaintiff, defendants appeal.

DISMISSED.

*Messrs. Stott, Boise & Stout,* and *Gearin, Silvestone, Murphy & Brodie* for appellants.

*Messrs. Cox, Cotton, Teal & Minor,* for respondent.

Pursuant to the written stipulation of the parties, the appeal was dismissed. No opinion.

DISMISSED.

Decided 28 April, 1898.

## REED *v.* COMMERCIAL NATIONAL BANK.

From Multnomah : E. D. SHATTUCK, Judge.

Action by Walter J. Reed to recover the amount of a certain certificate, wherein plaintiff prevailed.

DISMISSED.

*Messrs. Durham, Platt & Platt* for appellant.

*Mr. Allan R. Joy,* for respondent.

The appeal was dismissed pursuant to the written stipulation of the parties. No opinion.

DISMISSED.

Decided 24 May, 1898.

## JORY *v.* BOTTGER.

From Marion : GEORGE H. BURNETT, Judge.

Suit by H. F. Jory against Talkington, Bottger & Co., to recover certain moneys paid to defendants as brokers to purchase wheat in the Chicago market, and which it